1  Guy Ruttenberg, Bar No. 207937
   guy@ruttenbergiplaw.com
2  Michael Eshaghian, Bar No. 300869
   mike@ruttenbergiplaw.com
3  RUTTENBERG IP LAW,
   A PROFESSIONAL CORPORATION
4  1801 Century Park East, Suite 1920
   Los Angeles, CA 90067
5  Telephone: (310) 627-2270
   Facsimile: (310) 627-2260
6

7  *Attorneys for Defendant IGN Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSONAL RECORDS, LLC, *a South Dakota limited liability company*; and CALVIN PAUL JONES, *an individual*,<br><br>            Plaintiffs,<br><br>     v.<br><br>IGN ENTERTAINMENT, INC., *a Delaware corporation*,<br><br>            Defendant. | Case No. 4:20-cv-03133-JSW<br><br>**SECOND STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>Judge:    Hon. Jeffrey S. White |

SECOND STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

1   Pursuant to Civil Local Rule 6-1(a), Defendant IGN Entertainment, Inc. and Plaintiffs
2 Personal Records, LLC and Calvin Paul Jones, by and through their respective counsel of record,
3 hereby stipulate as follows:
4   WHEREAS, Plaintiffs filed this action on May 7, 2020;
5   WHEREAS, Defendant was served with the Complaint on May 12, 2020;
6   WHEREAS, Defendant's original date by which to answer or otherwise plead in response
7 to the Complaint was June 2, 2020;
8   WHEREAS, on June 2, 2020, the parties agreed to a 30-day extension for Defendant to
9 answer or otherwise respond to the Complaint, making Defendant's current response due by July
10 2, 2020 (Dkt. No. 8);
11   WHEREAS, the parties have met and conferred and agreed that good cause exists for a
12 further 30-day extension for Defendant to answer or otherwise respond to the Complaint, as set
13 forth below;
14   WHEREAS, Defendant's counsel wrote a letter on May 19, 2020 to Plaintiffs' counsel
15 explaining, among other issues, that Defendant believes that (i) it is the wrong defendant in this
16 action, (ii) the statute of limitations has expired, (iii) Plaintiffs' unjust enrichment claim is
17 preempted, and (iv) Plaintiffs lack standing to assert the claims asserted in the operative
18 Complaint (*see* Ex. A);
19   WHEREAS, the parties met and conferred on May 28, 2020 regarding the
20 abovementioned issues;
21   WHEREAS, Plaintiffs requested time to gather information in response to Defendant's
22 inquiries;
23   WHEREAS, the parties have thus agreed to a further 30-day extension for Defendant to
24 respond to Plaintiffs' Complaint so that Defendant can avoid unnecessary expenditures before
25 obtaining Plaintiffs' responses;
26   WHEREAS, an additional 30 days for Defendant's answer or response to the Complaint
27 will not alter the date of any event or deadline already fixed by Court order; and
28

1                                          4:20-cv-03133-JSW
SECOND STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiffs' Complaint by August 3, 2020.

The parties hereby reserve all right and defenses.

DATED: June 15, 2020     By:     */s/ Guy Ruttenberg*

Guy Ruttenberg
guy@ruttenbergiplaw.com
Michael Eshaghian
mike@ruttenbergiplaw.com
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone:  (310) 627-2270
Facsimile:  (310) 627-2260
*Attorneys for Defendant*

DATED: June 15, 2020     By:     */s/ William R. Mitchell*

William R. Mitchell
bill@wrmbizlaw.com
WILLIAM R. MITCHELL, INC.
101 Pacifica, Suite 155
Irvine, CA 92618
Telephone:  (949) 679-6920
Facsimile:  (949) 398-7300
*Attorneys for Plaintiffs*

I, Guy Ruttenberg, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

*/s/ Guy Ruttenberg*
Guy Ruttenberg